Roger Force DFPD

FILED

2019 FEB -4 AM 10: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Sergio J. Lopez de TIRADO<br>USMS# 77487-112 DEFENDANT | CASE NUMBER: ED19-0056M<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2·1·19 @ 19:30 ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   26 USC § 5861(d)
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ——
7. Year of Birth: 1976
8. Defendant has retained counsel: ☒ No
   ~~☒ Yes~~ Name: ~~VALADONA~~ Phone Number:
9. Name of Pretrial Services Officer notified: Duty
10. Remarks (if any):
11. Name: JOSEPH NAZARENO (please print)
12. Office Phone Number: 957·809·7177
13. Agency: ATF
14. Signature: [signature]
15. Date: 2·4·19