UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

Sergio J. Lopez de Tirado

Defendant.

Eastern Division

Case Number: 5:19-MJ-00056
Initial App. Date: 02/04/2019
Initial App. Time: 2:00 PM

Complaint & Warrant
Custody

Date Filed: 02/04/2019
Violation: 26:5861(d)

CourtSmart/ Reporter: RS CS4

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Shashi H. Kewalramani**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Vazquez, Irene — *Deputy Clerk*; Reema El-Amamy — *Assistant U.S. Attorney*; None — *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is ____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: Roger Ponce, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)

☐ Special appearance by: ____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.

☐ Preliminary Hearing set for ____ at 4:30 PM ____

☐ PIA set for: ____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to ____ District of ____

☐ Bond to transfer, if bail is posted. Defendant to report on or before ____

☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____

☐ Warrant of removal and final commitment are ordered stayed until ____

☑ Case continued to (Date) 2-5-2019 (Time) 2:00 AM / PM (circled)

Type of Hearing: Detention Hrg Before Judge Shashi Kewalramani /Duty Magistrate Judge.

Proceedings will be held in the ☑ Duty Courtroom 4, 3rd flr ☐ Judge's Courtroom ____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: ____

☐ Other: ____

☑ **PSA** ☐ **USPO** ☑ **FINANCIAL** ☑ **READY**

Deputy Clerk Initials iv

____ : 14