ORIGINAL

71481-112

AGENT TO EXECUTE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. SERGIO J. LOPEZ de TIRADO, DEFENDANT(S) | **WARRANT FOR ARREST** ON COMPLAINT CASE NO.: ED19-0056M |

FILED 2019 FEB -4 AM 10: 22 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest SERGIO JOSE LOPEZ-DETIRADO and bring him/her forthwith to the nearest Magistrate Judge to answer a complaint charging him with Possession of Unregistered National Firearms Act Weapons, in violation of Title 26, United States Code, Section 5861(d).

REC: BY AUSA [Detention]

February 1, 2019
Date 3:30 p.m.

Honorable Sheri Pym

Signature of Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | |
| DATE RECEIVED 2/1/19<br>DATE OF ARREST 2/1/19 | NAME AND TITLE OF ARRESTING OFFICER JOSEPH NAZARENO - ATF SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

# ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| Hispanic | M | 5'9" | 200 | BRN | BRN | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|
| 2.4.1976 | CA | 559.43.9578 | A9650141 | CA |

ALIASES:

SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: Both arms, hands

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FBI NUMBER: 666 542 MD9

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME: ATF

INVESTIGATIVE AGENCY ADDRESS: 3801 University Ave Riverside, CA

NOTES:

WARRANT FOR ARREST ON COMPLAINT