# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 5:19-mj-00056-DUTY CourtSmart RS CS-4 Date: February 5, 2019

Present: The Honorable Shashi H. Kewalramani, U.S. Magistrate Judge

| I. Vazquez | Reema El-Amamy | n/a |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Sergio J. Lopez de Tirado | Attorney Present for Defendant: Roger Ponce |
|---|---|
| ☑ Present ☑ Custody ☐ Bond ☐ Not present | ☑ Present ☐ CJA ☐ Retd ☑ DFPD ☐ Not present |

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Witnesses CST (see separate list). ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e ____________ has not been rebutted.
☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e ____________ has been rebutted.
☐ **Court sets bail at: $ ____________.** ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on ____________ at ________ ☐a.m. / ☐p.m. in Courtroom ____________ before Judge ____________.
☐ Court orders case continued to ____________ at ________ ☐a.m. / ☐p.m. for ____________, in Courtroom ____________ before Judge ____________.
☐ Release Order Issued - Release No. ____________.
☑ Other: The Court sets preliminary hearing for 2/19/19 at 4:30 PM in Riverside and post-indictment arraignment for 2/27/19 at 10:00 AM in Riverside. Defendant is committed to the custody of the U.S. Marshal. Defendant is informed of his right to appeal.

**PROCEEDINGS:** ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** ____________

☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list). ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to ____________ at ________ ☐ a.m. / ☐ p.m. for ____________ before Judge ____________ in Courtroom ____________.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other ____________

Release Order Issued - Release No. ____________ ____ : 38

Deputy Clerk Initials iv