FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

1 | HILARY POTASHNER (No. 167060)
Federal Public Defender
2 | (E-mail: Hilary_Potashner@fd.org)
3 | Roger Ponce (No. 271243)
Deputy Federal Public Defender
4 | (E-mail: roger_ponce@fd.org )
5 | 3801 University Ave, Suite 700
Riverside, California 92501
6 | Telephone (951) 276-6346
Facsimile (951) 276-6368

7

8 | Attorneys for Defendant
Sergio J. Lopez de Tirado

9 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
10 | **EASTERN DIVISION**

11

12 | UNITED STATES OF AMERICA,  )  NO. ED 19-0056 M
Plaintiff,  )
13 |  )
 ) Assertion of Fifth and Sixth
14 |  ) Amendment Rights
 )
15 |  v.  )
Sergio J. Lopez de Tirado  )
16 | Defendant  )
 )
17 | _____)

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment
18 | rights to remain silent and to have counsel present at any and all of my interactions with
19 | the government or others acting on the government's behalf. I do not wish to, and will
20 | not, waive any of my constitutional rights except in the presence of counsel. I do not
want the government or others acting on the government's behalf to question me, or to
21 | contact me seeking my waiver of any rights, unless my counsel is present.

22

23 | X _____        _____
(Defendant's Signature)          Attorney's Name/Signature
24

25

26 | Date/Time _____ a.m./p.m.

27 | Interpreter: _____

28

1