FILED
2019 FEB 15 PM 1:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO J. LOPEZ DE TIRADO,

Defendant.

ED CR EDCR-190048-FMO

I N D I C T M E N T

[26 U.S.C. § 5861(d): Possession of an Unregistered Firearm and Destructive Device; 26 U.S.C. § 5861(i): Possession of Firearms without Serial Numbers; 18 U.S.C. § 506(a)(3): Possession of Fraudulently Made Government Seals]

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 5861(d)]

On or about December 21, 2018, in Riverside County, within the Central District of California, defendant SERGIO J. LOPEZ DE TIRADO ("LOPEZ DE TIRADO") knowingly possessed four firearms as defined in Title 26, United States Code, Section 5845(a), and which had not been registered to defendant LOPEZ DE TIRADO in the National Firearms

Registration and Transfer Record as required by Chapter 53, Title 26, United States Code, namely:

1. A CMMG Incorporated, Model - MK9, 9mm semiautomatic short-barreled rifle, bearing serial no. BNG00474, with a barrel less than 16 inches in length, which defendant LOPEZ DE TIRADO knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a) and 5845(c);

2. Two firearm silencers of unknown manufacturer, which defendant LOPEZ DE TIRADO knew to each be a firearm silencer, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24); and

3. An improvised destructive device bearing no serial number, which LOPEZ DE TIRADO knew to be a firearm and a destructive device, as defined by Title 26, United States Code, Sections 5845(a)(8) and 5845(f).

COUNT TWO

[26 U.S.C. § 5861(i)]

On or about December 21, 2018, in Riverside County, within the Central District of California, defendant SERGIO J. LOPEZ DE TIRADO ("LOPEZ DE TIRADO") knowingly possessed two firearms, namely, two firearm silencers of unknown manufacturer, which defendant LOPEZ DE TIRADO knew to each be a firearm silencer, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24), and each of which did not bear a serial number or other information required by Title 26, United States Code, Section 5842.

COUNT THREE

[26 U.S.C. § 5861(d)]

On or about January 30, 2019, in Riverside County, within the Central District of California, defendant SERGIO J. LOPEZ DE TIRADO ("LOPEZ DE TIRADO") knowingly possessed a firearm, namely, an AR-type rifle, with a barrel less than 16 inches in length, bearing no serial number, which defendant LOPEZ DE TIRADO knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a) and 5845(c), and which had not been registered to defendant LOPEZ DE TIRADO in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

COUNT FOUR

[26 U.S.C. § 5861(i)]

On or about January 30, 2019, in Riverside County, within the Central District of California, defendant SERGIO J. LOPEZ DE TIRADO ("LOPEZ DE TIRADO") knowingly possessed a firearm, namely, an AR-type rifle, with a barrel less than 16 inches in length, bearing no serial number, which defendant LOPEZ DE TIRADO knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a) and 5845(c), and which did not bear a serial number or other information required by Title 26, United States Code, Section 5842

COUNT FIVE

[18 U.S.C. § 506(a)(3)]

On or before December 21, 2018, in Riverside County, within the Central District of California, defendant SERGIO J. LOPEZ DE TIRADO ("LOPEZ DE TIRADO"), with fraudulent intent, possessed a counterfeit and fraudulently made seal of a department and agency of the United States and facsimile thereof, namely, a "Federal Bureau of Investigations" ("FBI") identification card purportedly issued by the FBI, bearing the FBI seal and defendant LOPEZ DE TIRADO's name and photograph, knowing that the FBI seal was counterfeit and fraudulently made.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes Section