Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number ~~19~~ EDCR-190048 -FMO Defendant Number 1

U.S.A. v. Lopez de Tirado Year of Birth 1976

[✓] Indictment [ ] Information Investigative agency (FBI, DEA, etc.) FBI and ATF

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor [ ] Minor Offense [ ] Petty Offense

[ ] Class B Misdemeanor [ ] Class C Misdemeanor [✓] Felony

b. Date of Offense

c. County in which first offense occurred

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles [ ] Ventura

[ ] Orange [ ] Santa Barbara

[✓] Riverside [ ] San Luis Obispo

[ ] San Bernardino [ ] Other

Citation of Offense 26 U.S.C. § 5861(d); 26 U.S.C. § 5861(i)

18 U.S.C. § 506(a)(3)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[✓] Eastern (Riverside and San Bernardino) [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No [ ] Yes

If "Yes," Case Number:

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 2/1/19

Case Number: 19-MJ-56

Assigned Judge: Judge Kewalramani

Charging: 26 U.S.C. § 5861(d)

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on:

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2019 FEB 15 PM 2:00
BY

### PREVIOUS COUNSEL

Was defendant previously represented? [✓] No [ ] Yes

IF YES, provide Name:

Phone Number:

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes* [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes* [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** [ ] Yes [ ] No

This is the ________ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes* [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes* [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: ______

**OTHER**

☑ Male ☐ Female

☑ U.S. Citizen ☐ Alien

Alias Name(s) ______

This defendant is charged in:

☑ All counts

☐ Only counts: ______

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No

IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud ☐ public corruption

☑ government fraud ☐ tax offenses

☐ environmental issues ☐ mail/wire fraud

☐ narcotics offenses ☐ immigration offenses

☑ violent crimes/firearms ☐ corporate fraud

☐ Other ______

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: ______

b. Posted bond at complaint level on: ______

in the amount of $ ______

c. PSA supervision? ☐ Yes ☐ No

d. Is on bail or release from another district: ______

Defendant is **in custody**:

a. Place of incarceration: ☐ State ☑ Federal

b. Name of Institution: San Bernardino County Jail

c. If Federal, U.S. Marshals Service Registration Number: ______

d. ☑ Solely on this charge. Date and time of arrest:

February 1, 2019 at 6:30 p.m.

e. On another conviction: ☐ Yes ☑ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☑ Yes ☐ No

IF YES : ☑ State ☐ Federal AND

Name of Court: Riverside County Superior Court

Date transferred to federal custody: February 1, 2019

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ______ 20 ______ 21 ______ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ______

Date 02/14/2019

[signature]
Signature of Assistant U.S. Attorney

Reema M. El-Amamy
Print Name