# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:19-CR-00048-FMO Recorder: CS 02/27/2019 Date: 02/27/2019

Present: The Honorable Kenly Kiya Kato, U.S. Magistrate Judge

Court Clerk: Deb Taylor Assistant U.S. Attorney: Eli Alcaraz

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Sergio J. Lopez de Tirado<br>CUSTODY | Roger H. Ponce, Jr., DFPD<br>Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment, The Court enters a plea of not guilty on behalf of the defendant to all counts in the Indictment.

This case is assigned to the calendar of District Judge Fernando M. Olguin.
It is ordered that the following date(s) and time(s) are set:
Jury Trial 4/9/2019 at 8:45 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

PIA: 00 : 10
Initials of Deputy Clerk: dts

cc: Statistics Clerk, PSALA PSAED, USMED