ROGER H. PONCE, JR. (No. 271243)
Deputy Federal Public Defender
(Email: Roger_Ponce@fd.org)
3801 University Ave, Suite 700
Riverside, California 92501
Telephone: 951-276-6346
Fax: 951-276-6368

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>SERGIO J. LOPEZ DE TIRADO<br>DEFENDANT. | CASE NUMBER<br>ED CR 19-0048-FMO |
| | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Sergio J. Lopez De Tirado
that a hearing be held to review /reconsider the decision of

☐ United States District Judge ______________________ by order dated: ______________

☑ Magistrate Judge Shashi H. Kewalramani by order dated: February 5, 2019

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Mr. Jared Lopez de Tirado, Mr. Sergio Lopez de Tirado's son, who is a full-time active member of the military, is willing to sign an Affidavit of Surety Without Justification in the amount of $10,000. Mr. Sergio Lopez de Tirado's wife, Jeannette Lopez de Tirado, remains willing to sign an Affidavit of Surety Without Justification in the amount of $100,000.

Relief sought *(be specific)*:

Mr. Lopez de Tirado requests that bail be fixed at $110,000 with an Affidavit of Surety Without Justification in the amount of $100,000 to be signed by Jeannette Lopez de Tirado, and an Affidavit of Surety Without Justification in the amount of $10,000 to be signed by Jared Lopez de Tirado, in combination of any other conditions of release as the court may deem appropriate, inter alia, residential drug treatment and electronic monitoring.

Counsel for the defendant and plaintiff United States Government consulted on 2/22/2019
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 2/22/2019.

An interpreter is ☐ required ☑ not required. Language ______________
Defendant is ☑ in custody ☐ not in custody.

March 19, 2019
Date

/s/ Roger H. Ponce Jr.
Moving Party