ROGER H. PONCE JR. (No. 271243)
Deputy Federal Public Defender
Email: Roger_Ponce@fd.org
3801 University Ave, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>SERGIO J. LOPEZ DE TIRADO<br><br>DEFENDANT. | CASE NUMBER<br><br>ED CR 19-0048-FMO<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☐ District Judge ______________________

☒ Magistrate Judge Shashi H. Kewalramani

on Friday, March 22, 2019 at 2:00 ☐ a.m. ☒ p.m.

in courtroom 4.

☐ is not approved.

☐ Other: ______________________

An interpreter is ☐ required ☒ is not required. Language ______________________
Defendant is ☒ in custody ☐ not in custody.

Clerk, U. S. District Court

| Date | Deputy Clerk | Contact Phone Number |
|---|---|---|
| 3/19/19 | D. Castellanos | 951-328-4666 |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☒ PSA.