# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 5:19CR00048-FMO CourtSmart RS#4 Date: March 22, 2019

Present: The Honorable Shashi H. Kewalramani, U.S. Magistrate Judge

| D. Castellanos | Reema El-Amamy | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Sergio J. Lopez De Tirado

☑ Present ☑ Custody ☐ Bond ☐ Not present

Attorney Present for Defendant:

Roger Ponce

☑ Present ☐ CJA ☐ Retd ☑ DFPD ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Witnesses CST (see separate list). ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e ______ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e ______ has been rebutted.
☐ **Court sets bail at: $ ______ .** ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on ______ at ______ ☐a.m. / ☐p.m. in Courtroom ______ before Judge ______ .
☐ Court orders case continued to ______ at ______ ☐a.m. / ☐p.m. for ______ , in Courtroom ______ before Judge ______ .
☐ Release Order Issued - Release No. ______ .
☐ Other: ______

**PROCEEDINGS:** ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
☐ GRANTED ☑ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** ______

☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☑ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list). ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to ______ at ______ ☐ a.m. / ☐ p.m. for ______ before Judge ______ in Courtroom ______ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☑ Other Defendant is remanded into the custody of the United States Marshal.

Release Order Issued - Release No. ______

______ : 25

Deputy Clerk Initials DC