NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO J. LOPEZ DE TIRADO,<br><br>Defendant. | CR No. 19-0048-FMO<br><br>GOVERNMENT'S STATEMENT REGARDING ONGOING DISCOVERY PRODUCTION |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its Statement Regarding Ongoing Discovery Production in this Matter.

//

//

//

//

//

This government's statement is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 27, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT’S STATEMENT**

On February 4, 2019, defendant made his initial appearance in federal court. He has been in custody since that date. The most recent hearing was a detention hearing on March 22, 2019. Defendant was again ordered detained by the Magistrate Judge.

The government has been in the process of producing all discovery to the defendant, and that process is ongoing. On March 26, 2019, the defendant indicated that he wanted to exercise his Speedy Trial Rights, and the matter was set for trial within the Speedy Trial timeframe. The government’s discovery deadline is now set for March 29, 2019.

On March 27, 2019, counsel for the defendant notified the Court that the defendant would like a status conference at the Court’s earliest convenience in order to explore the possibility of appointment of new counsel, and counsel not from the Federal Public Defender’s Office. At the defendant’s request, the matter is set for hearing on April 2, 2019 in order for the Court to explore any potential conflict, and any assignment of new counsel.

The government is in the process of reviewing discovery produced to date to counsel for the defendant. The government has also contacted counsel for the defendant to see if counsel for the defendant would still like to receive new discovery given that a status conference has been requested to possibly appoint new counsel from a different Office given a potential conflict. The government has also asked counsel for the defendant if he would like to meet and confer tomorrow in person regarding discovery in a location convenient to counsel for the defendant. Counsel for the defendant is unavailable for the remainder of the week due to previously

scheduled business travel, so an in person meet and confer session is not possible this week.

The government remains mindful of the Court's March 29, 2019 discovery deadline. The government will continue to communicate with counsel for the defendant, and provide any discovery to potentially conflicted counsel for the defendant that the current counsel believes is appropriate in light of the potential conflict.

Dated: March 27, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA