NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO J. LOPEZ DE TIRADO,<br><br>Defendant. | No. ED CR 19-0048-FMO<br><br><u>GOVERNMENT’S PROPOSED VERDICT FORM</u><br><br>Trial Date: April 22, 2019<br>Trial Time: 9:00 a.m.<br>Location: Courtroom of the Hon. Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby submits the following proposed verdict form in the above-captioned case.

//

//

//

//

//

The government respectfully request leave to make modifications to the form as needed.

Dated: April 1, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO J. LOPEZ DE TIRADO,

Defendant.

No. ED CR 19-0048-FMO

VERDICT FORM

**VERDICT**

**COUNT ONE**

We, the jury in the above-captioned case, unanimously find the defendant SERGIO J. LOPEZ DE TIRADO:

_____ NOT GUILTY

_____ GUILTY

of unlawfully possessing an unregistered firearm or an unregistered destructive device, in violation of 26 U.S.C. § 5861(d), as charged in Count One of the Indictment.

*[PROCEED TO COUNT TWO]*

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**COUNT TWO**

We, the jury in the above-captioned case, unanimously find the defendant SERGIO J. LOPEZ DE TIRADO:

_____ NOT GUILTY

_____ GUILTY

of unlawfully possessing a firearm which did not bear a serial number, in violation of 26 U.S.C. § 5861(i), as charged in Count Two of the Indictment.

*[PROCEED TO COUNT THREE]*

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**COUNT THREE**

We, the jury in the above-captioned case, unanimously find the defendant SERGIO J. LOPEZ DE TIRADO:

_____ NOT GUILTY

_____ GUILTY

of unlawfully possessing an unregistered firearm, in violation of 26 U.S.C. § 5861(d), as charged in Count Three of the Indictment.

*[PROCEED TO COUNT FOUR]*

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**COUNT FOUR**

We, the jury in the above-captioned case, unanimously find the defendant SERGIO J. LOPEZ DE TIRADO:

_____ NOT GUILTY

_____ GUILTY

of unlawfully possessing a firearm which did not bear a serial number, in violation of 26 U.S.C. § 5861(i), as charged in Count Four of the Indictment.

*[PROCEED TO COUNT FIVE]*

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**COUNT FIVE**

We, the jury in the above-captioned case, unanimously find the defendant SERGIO J. LOPEZ DE TIRADO:

_____ NOT GUILTY

_____ GUILTY

of unlawfully possessing a fraudulently made seal, in violation of 18 U.S.C. § 506(c), as charged in Count Five of the Indictment.

_________________________ _________________________

DATED FOREPERSON