# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. **ED CR 19-00048-FMO** Date **April 2, 2019**

Present: The Honorable Fernando M. Olguin, United States District Judge

Interpreter None

| Vanessa Figueroa | Maria Bustillos | Reema El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SERGIO J. LOPEZ de TIRADO | X | X | | Roger H. Ponce, Jr., DFPD | X | X | |
| | | | | with Jill Ginstling, DFPD | X | | |

**Proceedings:** **Status Conference**

The court and counsel confer regarding the status of the case and further proceedings.

The parties shall confer regarding a possible continuation of the trial and shall file a stipulation with excludable time.

cc: U.S. Probation Office

00 : 05

Initials of Deputy Clerk vdr