# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **ED CR 19-00048-FMO** | Date | April 5, 2019 |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

Interpreter None Present

| Vanessa Figueroa | None Present | Reema M. El-Amamy, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SERGIO J. LOPEZ de TIRADO | NOT | X | | Roger H. Ponce, Jr., DFPD | NOT | X | |

**Proceeding** **(In Chambers) Order Re: Case Deadlines**

Pursuant to the Court's Order of April 5, 2019, IT IS ORDERED THAT the schedule of dates is **modified** as set forth below. All other requirements set forth in the Case Management Order issued on March 26, 2019, (Dkt. 21), remain in effect.

1. No later than **April 12, 2019**, the government shall produce its supplemental disclosure.

2. The discovery cutoff shall be **April 12, 2019**.

3. No later than **April 19, 2019**: (A) the parties shall file all pretrial motions, including motions to compel, motions to suppress, and motions in limine; and (B) the government shall file its Pretrial Exhibit Stipulation.

4. No later than **April 26, 2019**, the parties shall file: (A) response briefs in opposition to pretrial motions; (B) the Joint Proposed Jury Instructions; (C) if necessary, the Disputed Proposed Jury Instructions; and (D) the Proposed Verdict Forms.

5. No later than **May 3, 2019**, the parties shall file: (A) reply briefs in support of pretrial motions; (B) the Joint Statement of the Case; and (C) the Proposed Voir Dire Questions.

6. No later than **May 3, 2019**, the government shall file its Trial Memorandum.

7. A pretrial conference is scheduled for **May 10, 2019,** at **2:00 p.m.** Unless otherwise ordered, hearings on all pending pretrial motions will be held at the same time as the pretrial conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

8. The trial is scheduled to begin on **May 28, 2019**, at **9:00 a.m.** On the first day of trial, counsel must appear at 8:30 a.m. to discuss preliminary matters with the court.

Initials of Deputy Clerk vdr