ROGER H. PONCE JR. (No. 271249)
Deputy Federal Public Defender
Email: Roger_Ponce@fd.org
3801 University Ave, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>SERGIO J. LOPEZ DE TIRADO<br>DEFENDANT. | CASE NUMBER<br>ED CR 19-00048-FMO<br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Sergio J. Lopez De Tirado
that a hearing be held to review /reconsider the decision of

☐ United States District Judge ______________ by order dated: ______________

☑ Magistrate Judge Shashi H. Kewalramani by order dated: March 22, 2019

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
At the April 2, 2019 status conference, the defense informed Judge Olguin that it intends to appeal the denial of bail. The government stated it intends to introduce new evidence in support of detention. Judge Olguin requested that the parties file an application for reconsideration so that the Magistrate Judge can hear the government's new evidence. The defense has no new evidence. The defense submits based on this application and all other arguments made on 2/5/19 and 3/22/19.

Relief sought *(be specific)*:

Mr. Lopez de Tirado requests that bail be fixed at $110,000 with an Affidavit of Surety Without Justification in the amount of $100,000 to be signed by Jeannette Lopez de Tirado, an Affidavit of Surety Without Justification in the amount of $10,000 to be signed by Jared Lopez de Tirado, and an Affidavit of Surety Without Justification in the amount of $5,000 to be signed by Larry Johnson, in combination of any other conditions of release as the court may deem appropriate.

Counsel for the defendant and plaintiff United States Government consulted on 4/2/2019
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 4/2/2019.

An interpreter is ☐ required ☑ not required. Language ______________
Defendant is ☑ in custody ☐ not in custody.

April 8, 2019
Date

/s/ Roger H. Ponce Jr.
Moving Party