ROGER H. PONCE JR. (No. 271243)
Deputy Federal Public Defender
Email: Roger_Ponce@fd.org
3801 University Ave, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br>SERGIO J. LOPEZ DE TIRADO<br><br>DEFENDANT. | CASE NUMBER<br><br>ED CR 19-0048-FMO<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge ______________________________

☐ Magistrate Judge ______________________________

on ______________________ at ____________ ☐ a.m. ☐ p.m.

in courtroom ______________________________.

☐ is not approved.

☐ Other: ______________________________

An interpreter is ☐ required ☐ is not required. Language ______________________
Defendant is ☐ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☐ PSA.