ROGER H. PONCE JR. (No. 271243)
Deputy Federal Public Defender
Email: Roger_Ponce@fd.org
3801 University Ave, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

SERGIO J. LOPEZ DE TIRADO

DEFENDANT.

CASE NUMBER

ED CR 19-0048-FMO

**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☒ District Judge Fernando M. Olguin

☐ Magistrate Judge ____________

on Tuesday, April 16, 2019 at 11:00 ☒ a.m. ☐ p.m.

in courtroom 6D at 1st Street Courthouse.

☐ is not approved.

☐ Other: ____________

An interpreter is ☐ required ☒ is not required. Language ____________
Defendant is ☒ in custody ☐ not in custody.

Clerk, U. S. District Court

April 9, 2019 — Date

/s/ Vanessa Figueroa — Deputy Clerk

213-894-0215 — Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☒ PSA.