# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **ED CR 19-0048-FMO** | Date | **April 16, 2019** |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None Present |

| | | |
|---|---|---|
| Vanessa Figueroa | Maria Bustillos | Reema M. El-Amamy |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SERGIO J. LOPEZ de TIRADO | X | X | | Roger H. Ponce, Jr., DFPD | X | X | |

**Proceedings:** **CHANGE OF PLEA; APPLICATION [29] FOR RECONSIDERATION OF DETENTION ORDER**

Defendant moves to change his plea to Count One of the Indictment. Defendant is sworn and enters his plea of guilty to Count One of the Indictment.

The court questions defendant regarding his plea of guilty and finds it knowing and voluntary. The court orders the plea accepted and entered.

Defendant is referred to the U.S. Probation Office for a full Pre-Sentencing Report. Sentencing is set for **September 26, 2019, at 2:30 p.m.** All previously scheduled dates in connection with this defendant are hereby vacated.

The government shall file its sentencing position papers at least 17 calendar days prior to the sentencing date. Defendant shall file his sentencing position papers no later than 10 calendar days prior to the sentencing date. Failure to file position papers by their due date may result in a continuance of the sentencing date and/or the imposition of sanctions. With the exception of letters of support, no supplemental sentencing papers may be filed without leave of the court.

The court hears from defense counsel regarding their pending bail review application. Based on counsel's introduction of property not previously considered by the Magistrate Judge, the matter is referred back to Magistrate Judge Kewalramani to consider defendant's application.

cc: U.S. Probation Office
Judge Kewalramani

00 : 35

Initials of Deputy Clerk vdr