**P-Send**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>SERGIO J. LOPEZ de TIRADO, DEFENDANT. | CASE NUMBER<br>ED CR 19-00048-FMO<br>**ABSTRACT OF COURT PROCEEDING** |

**TO: UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable Fernando M. Olguin, ☒ United States District Judge ☐ United States Magistrate Judge, has this date ☐ ordered ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
☐ forthwith ☐ as soon as possible ☐ as requested, at suitable times

☐ Allowed social visits ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other ____________

☐ Provided with a medical examination and/or medical treatment for ____________
A report regarding this examination/treatment is to be submitted to the court on or before ____________

☒ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before May 17, 2019.

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before ____________

☐ Other ____________

CLERK U.S. DISTRICT COURT

Dated: April 16, 2019

By: /s/ Vanessa Figueroa at 213-894-0215
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles ☐ Southern Division-Santa Ana ☐ Eastern Division-Riverside

This abstract was received on ____________

☐ The aforementioned order(s) were or will be complied with on: ____________

☐ The aforementioned order(s) were not complied with for the following reasons: ____________

| Name (Print) | Title | Signature |
|---|---|---|

*cc: ☒ MDC, ☒ Cell block*