HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SERGIO LOPEZ DE TIRADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO LOPEZ DE TIRADO,<br>Defendant. | Case No. CR 19-48-FMO<br>**NOTICE OF REASSIGNMENT** |

Notice is hereby given that the above-entitled case has been assigned to Deputy Federal Public Defender Kim Savo, for all further proceedings in this case and in place of Deputy Federal Public Defender Roger H. Ponce, Jr.

Please make all the necessary changes to the court's case management/electronic filing system to ensure that Deputy Federal Public Defender Kim Savo receives all emails relating to filings in this case.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: July 22, 2019

By *\/s/ Kim Savo*

KIM SAVO
Deputy Federal Public Defender
Attorney for Sergio Lopez de Tirado