HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SERGIO J. LOPEZ DE TIRADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO J. LOPEZ DE TIRADO,

Defendant.

Case No. ED19-48-FMO

**DEFENDANT LOPEZ DE TIRADO'S UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING**

Defendant, Sergio J. Lopez De Tirado, by and through his counsel of record, Deputy Federal Public Defender Kim Savo, respectfully applies *ex parte* to the Court for an order continuing the sentencing hearing to October 30, 2019.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: August 22, 2019

By */s/ Kim Savo*

KIM SAVO
Deputy Federal Public Defender
Attorney for Sergio J. Lopez De Tirado

**DECLARATION OF KIM SAVO**

I, Kim Savo, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California, assigned to represent Mr. Lopez De Tirado. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. Mr. Lopez De Tirado's case was recently reassigned to me from one of my colleagues.

3. Mr. Lopez De Tirado is housed at the West Valley Detention Center in Rancho Cucamonga. He also suffers from spinal disc herniation which makes painful his transportation to Los Angeles by the U.S. Marshal.

4. I have not yet met Mr. Lopez De Tirado in person.

5. I begin trial in another matter on August 27, 2019.

6. I need additional time to meet Mr. Lopez De Tirado, review the Presentence Report with him, and timely file sentencing papers.

7. For this reason, I respectfully request that the Court continue the sentencing hearing in this matter to October 30, 2019.

8. I have conferred with Assistant United States Attorney Reema El-Amamy. Ms. El-Amamy does not object either to the *ex parte* nature of this application or the requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2019, at Los Angeles, California.

*/s/ Kim Savo* .
KIM SAVO
Deputy Federal Public Defender