FILED
CLERK, U.S. DISTRICT COURT
8/26/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO J. LOPEZ DE TIRADO,

Defendant.

Case No. ED19-48-FMO

**ORDER TO CONTINUE SENTENCING HEARING**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued from September 26, 2019 to October 30, 2019, at 2:30 p.m.

DATED: August 26, 2019

/s/

HONORABLE FERNANDO M. OLGUIN
United States District Judge

cc: PSA/USPO