HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SERGIO LOPEZ DE TIRADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO LOPEZ DE TIRADO,

Defendant.

Case No. 19-48-FMO

**DEFENDANT LOPEZ DE TIRADO'S CONCURRENCE IN PSR GUIDELINE CALCULATIONS AND FACTUAL FINDINGS**

Defendant, Sergio Lopez de Tirado, respectfully concurs in the guideline calculations and factual findings of the presentence report.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: September 12, 2019

By */s/ Kim Savo*

KIM SAVO
Deputy Federal Public Defender
Attorney for Sergio Lopez de Tirado

# I. MEMORANDUM

Stimulant-Induced Psychotic Disorder describes the presence of delusions and/or hallucinations that develop during or soon after substance intoxication or withdrawal and cause clinically significant distress or impairment in social, occupational, or other important areas of functioning. *See. e.g.*, Glasner-Edwards, S., & Mooney, L. J. Methamphetamine psychosis: epidemiology and management. *CNS drugs*, 28(12) (2014), at 1115–1126. Symptoms are often brief, resolving shortly after the causative drug is cleared, but psychosis triggered by amphetamines, cocaine, or PCP may persist for many weeks. *See* https://www.merckmanuals.com/professional/psychiatric-disorders/schizophrenia-and-related-disorders/substance-medication%E2%80%93induced-psychotic-disorder. Amphetamine "users are at particularly high risk of experiencing precipitated or exacerbated psychotic symptoms, with an estimated prevalence of psychosis that is 11 times higher than the general population. Compared with other substances, methamphetamine is highly neurotoxic, and its use can lead to long-term damage, with concomitant deleterious effects on cognition." Hermens, D., et al. Amphetamine psychosis: a model for studying the onset and course of psychosis. Med. J. Australia 190 (4) (Feb. 16, 2009).