# Exhibit A

Jeannette Lopez de Tirado
[redacted]

June 19, 2019

Dear Honorable Judge Olguin,

My name is Jeannette Lopez de Tirado. I am Sergio Lopez de Tirado's wife. I am writing this letter in hopes that you take it into consideration all that is contained below when determining Sergio's sentencing in this criminal matter. Sergio is a faith-filled, loving, generous husband and father of 7, 3 biological daughters, 1 adopted son, and 2 stepdaughters and 1 stepson. I apologize in advance for this lengthy letter and have tried to significantly cut it down to what is most important; it was rather difficult.

I originally met Sergio about 30 years ago, when we were children. However, I only knew him as my older cousin's stepson, who was called Peter, instead of Sergio. My cousin Joe was married to Sergio's mother, Argelia for a few years. Fast-forward a little over 20 years later, my cousin Bert, Joe's youngest brother, asks me if I remembered Sergio "Peter". Sergio was a criminal and family law attorney who helped Bert with a custody/child support issue. I vaguely remembered the boy who attended the same family functions years ago. While going through my own separation from a 15-year marriage in 2012, I remembered Bert asking if I remembered Sergio, so I asked for his information to get some legal advice regarding divorce.

We began our "rekindled" friendship early 2013, and a romantic relationship ensuing around mid 2013. We have essentially been a family instantly. Not only do Sergio and I have a lot in common, despite our childhood connection, but we were both abandoned by our fathers at the age of 1 and were both raised by single mothers. Well, actually, my mother worked a lot, so I was literally raised by a village of family friends, acquaintances and paid sitters. Sergio, by the grace of God, had his loving maternal Grandmother and Grandfather to help raise him. Sergio knows how blessed he was having his grandmother raise him that he even has her portrait tattooed on his right arm.

In 2013, I had the honor of meeting Sergio's grandparents and forged a relationship with them. From late 2013 to early 2015, Mami & Papi (as we refer lovingly to them), even helped pick my youngest children up from school on days that we worked or had court hearings. Although Papi suffered from Alzheimer's, he loved the children and me, and held a special place in my heart. He passed in the summer of 2015, which was difficult for our entire family. As a result, before even planning on marrying, Sergio and I decided to change our last name to Lopez de Tirado, memorializing Papi's last name of Tirado. Sergio was the only grandson of Pedro and Lidia Tirado and he wanted to maintain the last name of Tirado as long as possible. His grandparents

were married over 60 years, years before fleeing Cuba with nothing but their 2 young daughters and the clothes on their backs.

At the age of 83, Lidia Tirado, Sergio's grandmother, is managing on her own, with the scheduled weekly visits from her only surviving daughter, Argelia. His grandmother refuses to leave her home of more than 40 years in Lakewood, as was the home Sergio was raised in and the home, she shared with Papi her whole life in America. She has trouble getting around lately as her knees are failing her, and she simply doesn't like being away from home too much. She has not even seen Sergio since before his initial arrest in December 2018. **I am asking that his sentence be light so that he may have a chance to see his grandmother before she passes.** She misses Sergio intently, and sadly, due to the distance and the fact that I am single-handedly providing for my family, it has been difficult to coordinate any visits without any help from family or friends.

I have never experienced a man speak of their mother/grandmother the way I had heard Sergio speak of Mami. She means the world to him. No matter if they argued about politics or if Sergio would tease her about her little quirks as she ages, I could see the love in his eyes when he would tell me stories of his grandmother and would do anything to help her. I fell in love with this quality instantaneously. Not having any family, myself, that unconditional familial bond is like nothing I've ever experienced, even from my own mother. When Sergio **loves,** he really loves. It is quite difficult to explain, but I have seen that same look in his eyes when he looks at me.

**Sergio truly loves his family.** Although, not a perfect man, he has poured his whole heart into providing and leading our family. Sergio took to family life from the start. I say this because who would selflessly enter into a relationship with a 30-something year old woman with 4 children? Sergio did not break a sweat. He understood that by loving me, my children came along with the package. He loved the kids as they were his own. He introduced them to many new experiences, different perspectives, he questioned them to help them grow, and he provided a stable male figure in my children's life. They were not accustomed to a man being home each night, as their biological father put work before family. They never experienced the "man of the house" home on Sundays for church and family time. They had never been fishing, never had taken an RV trip, they had never been camping, and had never been to the beach so many times in their lives before 2013. Sergio bought the kids bikes, trampolines, skateboards and anything else he could find so the kids had as many experiences as possible, unlike either one of our upbringings. His heart is so big that he had room for not only me, but my children as well as his own.

His love for people was imprinted on the children and me from the onset of our relationship. He has made friends and has met many people over the years, from many walks of life. The children and I lived a once sheltered and judgmental lifestyle and rarely encountered people with different backgrounds other than the mid-upper middle class, money-driven lives we surrounded ourselves with through my mother and ex-husband. Our thoughts and perceptions of others in the world were invalidated, as we quickly learned that there were men who were

single fathers, reformed convicts, and recovered drug addicts who were truly children of God and loving no matter their unfortunate childhoods and life experiences. Most importantly, Sergio found us a church in 2014, where we and our children gave our lives to Jesus Christ, despite all of us (including Sergio) being raised in the Catholic Church. I remember praying and writing a letter to God asking that if I was to ever remarry, I asked that man lead us to Jesus. Sergio did just that, without me even asking him or mentioning it to him. We were baptized with our two youngest children, Jaysen and Sarah just weeks after finding a church. Our other children, Jolie, Jillian and Jared followed shortly thereafter.

Sergio also took on the responsibility of teaching our oldest son Jared how to be a man in a short amount of time, as Jared was 15 when Sergio entered his life. Jared's relationship with his biological father was lacking, as I was the primary caregiver to the children since their father was definitely driven by money rather than family values. Sergio pushed Jared to better himself, and although at times, the relationship felt strained, Sergio's motivation came from the fact that he himself, other than the quiet, hard-working grandfather he considered as close to a father as possible, did not have that father-figure to push and motivate him to be the best he could be. Sergio pushed Jared to be a better version of himself. He taught him accountability, and never let Jared get away with going through life doing the bare minimum. Sergio saw his own short-comings and was sure to teach Jared do all things 100% to the best of his ability, always with love and not through selfish ambition.

I honestly was scared for Jared when Sergio began throwing the idea of the military around to further teach Jared about discipline and self-worth. But we were concerned about Jared's future due to his apathetic nature, so I reluctantly embraced the idea of the military. In January 2017, after over 6 months of back and forth with Army recruiters and medical clearances, Jared shipped off to Basic Training at Fort Sill in Oklahoma. In March 2017, Jared successfully completed Basic Training, and we were honored to attend his graduation. I could see how proud Sergio was of Jared, and how proud Jared was of himself. That particular weekend, Sergio asked Jared (unbeknownst to me) if he would honor him by allowing Jared to be adopted by Sergio. Without hesitation, Jared agreed, and we moved forward on an adult adoption between Sergio and Jared, which took place by phone in May 2017. This is just one example of Sergio's abundant capacity to love and to guide his family to accept challenges to be better. It was the most difficult decision on both Sergio and my part, giving our son to the U.S. Army was definitely a selfless sacrifice. I can say today; it was the best decision we have made as parents as Jared has re-enlisted for a second term and will be transferring to Fort Hood in Texas this coming September. Sergio has never been prouder as a father.

I want to emphasize Sergio's **longing for a family**. In 2016, we stood in our backyard in Eastvale, and entered into a covenant marriage with each other and God, clearly understanding what it meant for 2 divorced people. Sergio takes our marriage seriously. In fact, I could say Sergio took it seriously from the beginning. He was home each and every night until the beginning of the current situation we have found ourselves in. We have had many factors that have worked against us maintaining our familial bond as well as factors that would weigh on any marriage out there. The last 6 months being the greatest thus far.

We've experienced irrational custody battles by both of our ex-spouses. We have been separated from family or our own children, loss of incomes, loss of friendships and now, the loss of freedom. For example, after getting married in January 2016, we had to prepare for Sergio's upcoming State Bar 6-month discipline. I was not working due to the constant court hearings in my own custody battle and needed to find a job near home to help sustain us. We felt it necessary to downsize in preparation. Thankfully, Sergio's take charge nature got us through the stressful move.

**Sergio a leader**, not only in his work, but in family life. It's no wonder that in every one of his careers, Sergio is successful. He does well in anything he does, is highly motivated to be able to provide for himself and his family and is not afraid to try something new or learn a new skill. God's plan for Sergio is not yet complete. He is the most resilient person I have ever met, being able to bounce back from any circumstance thrown at him, reinventing himself and making a life for himself. This has been apparent through his being a single father at the age of 17, to putting himself through the police academy, earning his BA from CSU Fullerton, to obtaining his Juris Doctorate in order to practice law. **Not many people could forge through life the way Sergio has.** Most would rather find any excuse for failure, totally succumbing to the overwhelming "chew-you-up and spit-you-out" nature of the world we live in today.

I understand that the nature of Sergio's crime is quite serious. I thank God daily, that his actions were non-violent, and were merely the senseless acts of a loving and worried husband and father who felt he was failing in his ability to provide and protect the children and me. Although seemingly irrational, much of Sergio's actions were driven from his debilitating pain, which was not being aided by the numerous doctor's appointments and medications which were supposed to help him. Rather, this drove Sergio into a deeper state of depression and anxiety, which morphed into paranoia. The numerous medications prescribed freely by doctors in the beginning, only caused an unwanted dependency on pain medication, which was then abruptly taken away as the country moved towards fighting the increasing opiate addiction which was sweeping the nation.

Due to the difficulty to access any prescribed pain medications, Sergio began to self-medicate to ease his symptoms. He didn't believe he would succumb to addiction, and he truly felt it was helping physically. However, he did not realize the effects it was having on his mental state. Sergio became increasingly paranoid, believing that we were in danger at times. He assumed that our home security system was being hacked, despite the fact that we had canceled it months before. He genuinely was convinced he had witnessed the inactive cameras outside our home were on and working. At one point, he imagined that I was actually the one hacking into our home wi-fi network, although I had the passwords and had no real reason to hack into anything.

Self-medicating led to disinterested in our daily lives. I began a car decal designing side-business which Sergio uncharacteristically scoffed at, seeing that I was only earning about $3 per sale. I would send him the link for my "Etsy Shop" featuring my designs, however he did not even attempt to see my small accomplishments. This was unlike the Sergio I had been

married to. As I began to use social media for marketing for my shop, I learned how to track potential sales by adding coding to my shop website. When I tried to explain this to Sergio, he convinced himself that I truly was a hacker and was not being honest about my computer knowledge, furthering his assumption that I was indeed the "mastermind" behind our internet service being compromised.

Self-medicating further led to his fear that he would not able to continue to provide. His pain-level increased daily considering that his body metabolized medications quickly, making any drug less and less potent. Upon reading up on the effects of drugs, I attempted to explain that the more he used, the more difficult his "come down" would be. He ignored this, as self-preservation kicked in, needing to justify his actions by hiding behind the excuse of trying to provide for us. His tolerance level increased, he began to use more. He not only needed more drugs, he needed more distraction too, purchasing anything and everything he thought he could make money on. Sergio also immersed himself into over-accessorizing his Dodge Ram truck. I found that we were gaining more "stuff" like watercrafts, ATVs, vending machines and truck parts. However, I was finding it more difficult to pay bills, as money was being spent faster than it was earned back. This went on for months leading up to his February arrest.

If there was anything positive that came as a result of his last arrest, it was that Sergio would be able to stop self-medicating all together. Within the first 2 months of being in custody, although initially confused as to what led up to our situation, Sergio's mind slowly cleared. He came to the realization that he had a problem with drugs and started to see the damage created by this dependency. If not but for the grace of God, Sergio successfully has overcome any need for any other medications and is now only prescribed Naproxen, an anti-inflammatory, and a muscle relaxer for the 5 herniated discs in his neck.

He has the ability to reform his life, his actions and overcome any adversity that he faces. **Sergio is a strong man who is passionately driven by his love for his family.** But, like all of us, he is human and has made mistakes. Sergio is not violent, and has never intended to harm anyone, ever. He was paranoid. That paranoia stemmed from his needing to self-medicate just to feel as if he is still able to lead his family, as his pain was often so debilitating it prevented him from being able to drive or even work. He worried about our safety from his criminal clients (as he was unable to work and go to court as he was accustomed to).

Sergio was also concerned for my safety from working at a school in a well-known gang territory, known as Casa Blanca in Riverside. Our daughter, Jolie, actually attends my school. I love my students and am currently a High School Math teacher at an Independent Studies Charter, often working with troubled youth, many of which have been through the system and just need the encouragement that they have lacked in the past. I could truly say that without Sergio's support, I wouldn't have the ability to look at each of these kids lovingly and overlook any mistakes or unfortunate situations they have found themselves in, in order to lift them up to be better contributors to society. It has truly changed me spiritually, never feeling this way despite teaching every grade in the past 11 plus years, 7 of those for Los Angeles Unified School

District. Again, **without the support and love of my husband**, like all those previous years of teaching experience, this is no longer just a job, but a calling.

Fortunately, this particular experience, these last 6 months or so, has brought not only changed my thinking and interactions with people in general, it has brought Sergio back into reality. We are trusting that God will provide and keep our family safe and all Sergio has to do is submit to God's promises. He has written me of this almost daily. He admittedly lost sight of God's plan and tried to control situations that he simply could not. He has shown remorse for his inexplicable actions, hence the reason for accepting responsibility and agreeing to a plea.

**Sergio has a purpose in life.** He has a family, though small in number, to help guide him through life's challenges. **I am Sergio's strongest supporter and have not left his side throughout this experience.** We speak daily, when allowed, and I visit him Wednesdays through Sundays. We write several letters to each other weekly.

**It is understood that I would only expect the best from Sergio from here on out.** Our family is what keeps Sergio going. He is far from a hardened criminal unable to reform. He has a loving heart, which has been apparent even in his interactions at WVDC among staff and fellow inmates. He has asked his fellow inmates to pray with him, to pray for him, and has offered to help lead lives to Jesus Christ by offering to have Bibles or other Christian literature sent to them, especially to those indigent, finding themselves alone living in this vicious cycle of the repeated incarceration. His unyielding, undying love for his Faith has kept Sergio strong despite being locked up alone for 21 hours a day, only having any true interaction with jail staff or the two other inmates that he is allowed to be around.

**Sergio's only real fault is having a big heart, being too trusting of others, and his yearning to keep his family safe and secure.** I will admit though, due to Sergio's over-the-top personality, he negligently did life "his way", letting society's entitlement mentality take over him. He should not have been in possession of any firearms not registered to him and should have taken the steps to completely secure them instead of placing them in his truck. He should not have allowed a 21-year-old, unlicensed kid to drive his truck while Sergio was feeling the effects of his pain medication, ultimately falling asleep in the passenger's seat to be left out on the street inside in a completely unsecured vehicle. Anything could have happened to him.

Frankly, Sergio's biggest blunder would be trusting people, especially those he had represented in the past. He should have stayed home the evening of December 20, 2018. More importantly, Sergio's trust of "friends" led him to still believe that they had his best interests in mind. These "friends" continued to feed more into his paranoia with rumors of a "green light" on my life, which made Sergio feel it necessary, to again, have a firearm for safety in his vehicle when arrested by CHP on January 30, 2019, despite being out on bail.

Although the AUSA may bring up his 2012 domestic violence case, which Sergio was acquitted of, I am not scared or feel my life is in danger from Sergio. It has basically been put on the record that Sergio's "aggressive" tone is inappropriate or unsuitable when addressing his own

wife. If I was, in fact, scared of Sergio, this would be the ideal time to leave our relationship. However, I continue to support my husband, as do our son Jared, and our younger children, Jolie and Jaysen.

In all seriousness, he is Cuban. The way Cubans converse is more passionate rather than aggressive. They are simply loud, blunt, outspoken, unequivocal and honest with their feelings and beliefs. Sergio tends to have a "love him or hate him" personality. He is bold and often over-the-top, but nothing more than fervent for those whom he loves and for what he believes in. He is willing to stand-up for what is right and just, unapologetic for how one interprets his passionate nature. I have experienced too many times, persons in positions of power or those who are highly educated, feel abased by the tattooed ex-police officer/criminal defense attorney's impartial way of speaking. Unfortunately, personal vendettas have been forged from words which were blown out of proportion; some people just take things too personally.

This situation is most detrimental to our children. Jolie and Jaysen personally witnessed their dad being swooped upon and arrested in front of our home. Sergio's daughter Sarah still has no idea why her father has not picked her up for visits; her mother not allowing me any contact to explain although I have asked on numerous occasions. It would be even more damaging for these children, Sarah, Jaysen and Jolie to further undergo the destruction of their family by keeping Sergio incarcerated more than is necessary. Additionally, Jared is about to be 22 years old, embarking on a new journey and relationship with a young lady he met during his training at Fort Knox last year. He needs his dad to guide him to be loving and faith-filled, and to teach him how to be a man, worthy of a wife and family in the future.

I plead with you, Judge Olguin, to impose a lenient sentence on my husband, Sergio. I assure you that he does not want to be separated from his family any longer. He has been in custody since February 1, 2019 without bail, locked down 21 hours a day with limited contact with anyone, unable to get any assistance with overcoming any issues, drug-related or mentally or to even find some solace in speaking with a trusted pastor.

If you could please find it in your heart to see that Sergio comes home to repairs the damage that has been caused to me and our children by his incarceration, by his own actions and the selfish nature of this world. **He knows with all certainty that he has almost lost everything most important to him: his marriage and relationship with his children.**

Please credit him for time served, place him on house arrest for however long you deem necessary, with formal probation. This "felon" title will follow him throughout his life, and we are willing and understanding of the gravity of the situation. Sergio is not a bad man. He does not want to lose the only family that has stood with him his entire life. He does not want to lose any more time with us, and he does not want to find that his grandmother has passed away while he has been incarcerated, unable to see her one last time.

Please rest assured both Jared and I will remind him daily of the consequences of his actions. We will hold him accountable. More importantly, the expectations of God and our faith will,

and has already, set Sergio on a path of self-reflection to guarantee that he will abide by the terms you, Judge Olguin, place on him, as well the expectations I have of him as a husband and father.

I plead that you will take into consideration the importance of the family structure in today's society, which has been verbally supported, but physically ignored. Being a teacher, myself, I have seen the breakdown of the nuclear family and the toll it has taken on our youth. Please consider my plea to bring my husband home and reunite our family as quickly as possible.

Thank you for taking the time to read my lengthy request. I respectfully pray for you, Judge, and the weight of the responsibility of your decision. I trust that your decision will be one of complete fairness, in light of the unfortunate seriousness of Sergio's crime. Again, I genuinely thank you for your time and consideration you are taking when it comes to the future of my husband and family.

With the Utmost Sincerity,

Jeannette Lopez de Tirado