# Exhibit B

Honorable Judge Olguin,

I am writing this letter to express my most sincere regret for the embarrassment, shame and pain I have caused those closest to me as it relates to the facts leading up to my arrest and to humbly ask you for mercy as you deliberate my sentence.

I am a 43 year old man who is also a husband to my beautiful wife; a father to three terrific girls and one young man; a stepdad to two other children and a grandson to an amazing 84 year old lady. I have been a police officer, a junior high school teacher and, most recently, a licensed attorney.

In 2014, I was diagnosed with five (5) herniated disks in my neck. This painful condition caused me to be prescribed a multitude of pain medications such as Norcos, Dilaudid, Oxycotin and Trammadol over a four (4) year period. I had to frequently change medications because my body would quickly build a tolerance to them.

In or around March 2018, after exhausting epidural injections to my spine, acupuncture, massage therapy coupled with the medications,

I was introduced to methamphetamines as a way to help with my neck and back pain. I found that just a little bit of this substance allowed me to function as I did prior to 2014. I was able to play with and carry my children, move things for my wife and sit for long periods of time at my desk and in court. It truly felt like a miracle had occurred; however, I would soon find out that this "quick fix" was not without a price.

Days turned into weeks and weeks into months. Before I knew it, I couldn't even function without methamphetamine. The combination of this drug coupled with my prescribed opiodes and my antidepression medication had me spiraling out of control. I would stay awake for days at a time, my appetite diminished to almost nothing and I lost over 40 pounds in a few months and then I started having delusions. These delusions started with my unfounded belief that my dear wife was having an affair and devolved into my paranoid, yet sincere, belief that my wife and I had been targeted to be killed by an outlaw motorcycle gang. Needless to say, my life became a living nightmare.

While I honestly had no idea there was even such a thing as a National Firearms Registry, I also recognize that ignorance of the law is no defense to violating it. There is simply to excuse or rational explaination for having the illegal weapons I had in my possession, just stupid rationalizations that in heinsight are ridiculous and absurd. I would like to state however, that in my own defense, I never had any malicious or nefarious intent/reasons for having what I had.

This ordeal has cost me more than I could have ever imagined and I have caused immeasurable shame and hurt to my family and loved ones. Since my arrest I have been suspended from practicing law and I expect to be disbarred in the near future. It is highly improbable I will ever be allowed to practice law again, a passion I had dedicated over 15 years of my life to. I have essentially disappeared from my 12 year old daughter's life from one day to the next. My youngest daughter's mother and I have a very contentious relationship and she refuses to allow me any contact with our daughter. This little

girl is the apple of my eye and we had a very close relationship given the fact that I had about 40% custodial share time with her. I can only imagine the pain and confusion my baby girl has suffered because of me.

My grandmother who raised me as her own son is now 84 years old and starting to show signs of memory loss. Her health is quickly deteriorating and I fear every day that she will pass away while I am incarcerated - something I would never forgive myself for if it were to occur, God forbid.

Lastly, the pain and heartache I have caused my dear wife is something I will have to spend every day of the rest of my life trying to make up to her. She is a truly amazing woman whom I do not deserve but for God's grace she is still by my side. My decisions and actions have literally caused my wife's health to deteriorate and she has had to go off work on disability because of the overwhelming stress and pressures of finding herself alone from one day to the next. Despite all this, she religiously comes to visit me every day she is allowed and

we speak daily by telephone. Because of her love, commitment and dedication to me and our marriage, I know that when I am allowed to return home, I will not find myself alone.

While losing my bar card is a huge disappointment and loss, I am still optimistic about our future because of my wife. We have decided to start another business together, a Document Preparation Service, in hopes of helping those in our community who may not have the resources (or need) to hire a lawyer but still find themselves having to navigate through mountains of legal forms. My wife and I hope to eventually reach out to our church and offer our services to members of our congregation at little or no cost. We have both dedicated our adult lives to helping others (my wife as a teacher and I as first a police officer and later an attorney) and we intend to continue to do so after this season of our lives has passed.

While I am not naive nor deluded in my expectations, I am hopeful this court can believe I am truly remorseful and that I

have already learned an immense lesson from being arrested, incarcerated for the past nine (9) months and having to accept the social stigma of becoming a convicted felon. I will NEVER again be stupid enough to think so highly of myself to believe I could do drugs and still function in life. Furthermore, I will NEVER so much as risk the possibility of being taken from my wife and family again by taking any chances with anything that so much as even appears to be unlawful. I have alot of making up to do and I am eager to begin.

I respectfully, and with all humility, ask you, Judge Olguin, to take a chance on me and to exercise your discretion as it relates to my sentencing. I need to get back to my wife and children sooner rather than later.

I am aware my crimes do not carry a "Mandatory Minimum Sentence" thus allowing you wide discretion and flexability when deciding and structuring my sentence. Again, I humbly ask you allow me to return home sooner rather than later.

Thank you for taking the time to read this letter and considering my plea to you and to this court.

Respectfully submitted,

SERGIO JOSE LOPEZ de TIRADO