AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SERGIO J. LOPEZ DE TIRADO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO J. LOPEZ DE TIRADO,<br><br>Defendant. | Case No. ED19-48-FMO<br><br>**DEFENDANT LOPEZ DE TIRADO'S *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING** |

Defendant, Sergio J. Lopez De Tirado, by and through his counsel of record, Deputy Federal Public Defender Kim Savo, respectfully applies *ex parte* to the Court for an order continuing the sentencing hearing to March 11, 2020.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: October 22, 2019    By  */s/ Kim Savo*

KIM SAVO
Deputy Federal Public Defender
Attorney for Sergio J. Lopez De Tirado

1

**DECLARATION OF KIM SAVO**

I, Kim Savo, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California, assigned to represent Mr. Lopez De Tirado. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. On or about October 20, 2019, Mr. Lopez De Tirado contacted me to request that I seek to continue the sentencing hearing in this matter.

3. Mr. Lopez De Tirado is presently housed at the West Valley Detention Center in Rancho Cucamonga.

4. Mr. Lopez De Tirado's grandmother is 84-years-old. She raised him. She is not in good health. Mr. Lopez De Tirado's wife brings her to visit him.

5. Mr. Lopez De Tirado fears that his grandmother may die while he is incarcerated after sentencing at a prison too far away for her to visit him.

6. For this reason, he is requesting that the Court continue his sentencing hearing until after the holiday period so that he can continue to visit with his grandmother.

7. I have conferred with Assistant United States Attorney Reema El-Amamy. Ms. El-Amamy does not object to the *ex parte* nature of this application; however, she does object to continuing the sentencing hearing at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2019, at Los Angeles, California.

*/s/ Kim Savo*          .
KIM SAVO
Deputy Federal Public Defender