AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SERGIO J. LOPEZ DE TIRADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO J. LOPEZ DE TIRADO,<br>Defendant. | Case No. ED19-48-FMO<br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued March 11, 2020.

DATED: October ____, 2019

______________________________
HONORABLE FERNANDO M. OLGUIN
United States District Judge

Presented by:

*Kim Savo* .
KIM SAVO
Deputy Federal Public Defender