1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

10/25/2019

CENTRAL DISTRICT OF CALIFORNIA
BY:    CW    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

SERGIO J. LOPEZ DE TIRADO,

            Defendant.

Case No. ED CR 19-00048-FMO

**ORDER  TO CONTINUE
SENTENCING HEARING**

     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued March 12, 2020 at 2:00 p.m.

DATED:  October 25, 2019

                /s/

                FERNANDO M. OLGUIN
                United States District Judge

Presented by:

_Kim Savo_____.
KIM SAVO
Deputy Federal Public Defender

cc: USPO